INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant, *v.* JOHN FARKAS, Respondent.

Supreme Court, Appellate Term, First Department, April 28, 1949.

*Samuel Gottesman* for appellant.

*Walter B. Herendeen, Jr.,* for respondent.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* and *Robert E. Hugh* of counsel), for City of New York, *amicus curiæ.*

*Per Curiam.* The fidelity bond specified the defendant as one who " has been duly appointed Employee in the Department of Marine and Aviation of the City of New York." The term " employee " is plain and unambiguous. There is nothing either in the bond or in the record to justify giving it the technical meaning of " accountant ". Within the recital of the bond and the evidence, the defendant was an employee and liable by subrogation to the surety.

The judgment should be reversed, with $30 costs, and judgment directed for plaintiff as prayed for in the complaint, with costs.

HOFSTADTER, PECORA and HECHT, JJ., concur.

Judgment reversed, etc.